SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
HAILEY ROGERSON (SBN: 311918)
hrogerson@grsm.com
GREG GRUZMAN (SBN: 245701)
ggruzman@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JASON J. ARNOLD and MELISSA L. ARNOLD,

                              Plaintiffs,

        vs.

FCA US LLC; ORANGE COAST CHRYSLER DODGE JEEP RAM; and DOES 1 through 10, inclusive,

                              Defendants.

CASE NO.

**CERTIFICATE OF SERVICE**

State Court Complaint Filed:
July 29, 2019

Removal Date:
March 4, 2021

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

CERTIFICATE OF SERVICE

1   I am employed in the County of San Francisco, State of California.  I am

2   over the age of 18 and not a party to the within action.  My business address is 275

3   Battery Street, 20th Floor, San Francisco, CA 94111.

4   On the date set forth below, I served on the party listed below the foregoing

5   document(s) described as:

6

7   **1.  DEFENDANT FCA US LLC'S NOTICE OF REMOVAL**

8   **2.  DECLARATION OF HAILEY M. ROGERSON IN SUPPORT OF FCA US LLC'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446**

9

10   ☒   by transmitting VIA ELECTRONIC MAIL the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m. (*Per agreement of the parties*.)

11
12   ☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

13

| Tionna Dolin<br>STRATEGIC LEGAL PRACTICES, APC<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>Tel.: (310) 929-4900<br>Fax: (310) 943-3838<br>Email: tdolin@slpattorney.com<br>Email: ezkim@slpattorney.com<br>Email: crlee@slpattorney.com<br>Email: emailservices@slpattorney.com<br>***Attorney for Plaintiff*** | ***Attorneys for Plaintiffs***<br><br>JASON J. ARNOLD AND<br>MELISSA L. ARNOLD |
| --- | --- |

21   Executed on **March 4, 2021**, at San Francisco, California.

22

23       /s/ *Jesica Cortez*____
24       Jesica Cortez

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
275 Battery Street, Suite 2000
San Francisco, CA  94111

CERTIFICATE OF SERVICE