SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
HAILEY ROGERSON (SBN: 311918)
hrogerson@grsm.com
GREG GRUZMAN (SBN: 245701)
ggruzman@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. ARNOLD and MELISSA L. ARNOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC; ORANGE COAST CHRYSLER DODGE JEEP RAM; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01996-FMO-AS<br><br>**CERTIFICATE OF SERVICE**<br><br>State Court Complaint Filed: July 29, 2019<br><br>Removal Date: March 4, 2021 |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 275 Battery Street, 20th Floor, San Francisco, CA 94111.

On the date set forth below, I served on the party listed below the foregoing document(s) described as:

**1. NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**2. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**3. INITIAL STANDING ORDER**

☒ by transmitting VIA ELECTRONIC MAIL the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m. (*Per agreement of the parties*.)

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Michael H. Rosenstein<br>Sepehr Daghighian<br>CALIFORNIA CONSUMER ATTORNEYS, PC<br>10900 Wilshire Blvd. Suite 300<br>Los Angeles, CA 90024<br>Tel.: (310) 872-2600<br>Fax: (310) 730-7377<br>Email: mhr@calattorneys.com<br>Email: sd@calattorneys.com<br>Email: jcc@calattorneys.com<br>Email: blanca@calattorneys.com<br>Email: eservice@calattorneys.com<br>*Attorney for Plaintiffs*<br><br>Tionna Dolin<br>STRATEGIC LEGAL PRACTICES, APC<br>1840 Century Park East, Suite 430<br>Los Angeles, CA 90067<br>Tel.: (310) 929-4900<br>Fax: (310) 943-3838<br>Email: tdolin@slpattorney.com<br>Email: ezkim@slpattorney.com<br>Email: crlee@slpattorney.com<br>Email: emailservices@slpattorney.com<br>*Attorney for Plaintiff* | ***Attorneys for Plaintiffs***<br><br>JASON J. ARNOLD AND MELISSA L. ARNOLD |
|---|---|

Executed on **March 10, 2021**, at San Francisco, California.

　　　　　　　　　　　/s/ *Jesica Cortez*　　
　　　　　　　　　　　　Jesica Cortez

CERTIFICATE OF SERVICE